JS 45 (01/2008)            **REDACTED**

# Criminal Case Cover Sheet      U.S. District Court

**Place of Offense:**    Under Seal: Yes X No ___    Judge Assigned: Judge O'Grady

City _____    Superseding Indictment   X    Criminal Number: 1:21cr114

County/Parish Prince William    Same Defendant X    New Defendant _____

Magistrate Judge Case Number _____    Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

Defendant Information:

**Juvenile** --Yes ___ No X **FBI #** _____

**Defendant Name:** Diogo Santos Coelho    Alias Name(s) "Omnipotent", "Downloading", "Shiza", "Kevin Maradona"

**Address:** Bairro do Pereiro, 3515-169 Viseu Portugal

**Employment:** _____

**Birth date** 2000    **SS#** none    **Sex** M **Def Race** White    Nationality Portuguese    Place of Birth Portuguese

**Height** 5'7'    **Weight** ___ **Hair** ___ Eyes ___ Scars/Tattoos _____

**Interpreter:** X No ___ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

X Arrest Warrant Pending    ___ Detention Sought    ___ Bond

Defense Counsel Information:

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: _____

U.S. Attorney Information:

   Carina A. Cuellar    (703) 299-3700

AUSA Aarash A. Haghighat    Telephone No: (703) 299-3700    Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

FBI SA John Longmire, 202-878-2265

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC. 1029(b)(2), 3559(g)(1) | Conspiracy to Commit Access Device Fraud | 1 | Felony |
| Set 2 | 18 USC 1029(a)(2) and 2 | Access Device Fraud — Using or Trafficking in an Unauthorized Access Device | 2 | Felony |
| Set 3 | 18 USC 1029(a)(3) and 2 | Access Device Fraud — Possession of Fifteen or More Unauthorized Access Devices | 3 | Felony |

(May be continued on reverse)

**Date:** February 15, 2022    Signature of AUSA: _____

JS 45 (07/2005) Reverse

District Court Case Number (To be filled by deputy clerk): _____

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 USC 1029(a)(6) and 2 | Access Device Fraud – Unauthorized Solicitation | 4-5 |
| Set 5 | 18 USC 1028A | Aggravated Identity Theft | 6 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |