IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIOGO SANTOS COELHO,<br>  a/k/a "Omnipotent"<br>  a/k/a "Downloading"<br>  a/k/a "Shiza"<br>  a/k/a "Kevin Maradona"<br><br>Defendant. | Case No. 1:21-cr-114 |

ORDER

This matter having come before the Court on the United States' motion to unseal documents filed in this matter, and the Court having concluded that the United States has shown good cause therefor, it is hereby

ORDERED that the Indictment, Superseding Indictment, and Second Superseding Indictment, and all other filed documents associated with Case No. 1:21-cr-114 be unsealed on Monday, April 11, 2022.

Date: April 8, 2022
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge